IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>DOMINIC MILANO,<br>    Defendant.<br>_____/ | C-16-01173-CW<br>No. C 08-559 CW<br><br>ORDER CONSTRUING LETTER DATED FEBRUARY 21, 2016 AS 28 U.S.C. § 2241 PETITION AND TRANSFERRING PETITION |

    Defendant Dominic Milano, a federal prisoner incarcerated at the United States Penitentiary in Inez, Kentucky, has written a letter to the Court, stating that his sentence was miscalculated because he did not receive credit for time served.

    After a district court sentences a federal offender, the Attorney General, through the Bureau of Prisons (BOP), has the responsibility for administering the sentence. United States v. Wilson, 503 U.S. 329, 335 (1992) (citing 18 U.S.C. § 3621(a)). This includes responsibility for computing time credits and determining a sentence termination date once the defendant actually commences serving his sentence. Id. at 333-335; United States v. Checchini, 967 F.2d 348, 349 (9th Cir. 1992). District courts lack the authority to grant and compute time credits at sentencing.

Wilson, 503 U.S. at 333; Checchini, 967 F.2d at 349.  Once a prisoner commences his federal sentence and exhausts his administrative remedies, however, he can petition for judicial review of the Attorney General's computation of his sentence. Wilson, 503 U.S. at 335; Checchini at 350.  This is done by way of a petition for a writ of habeas corpus under 28 U.S.C. § 2241. United States v. Koller, 956 F.2d 1408, 1417 (7th Cir. 1992).  A petition pursuant to 28 U.S.C. § 2241 must be addressed to the district which has jurisdiction over the prisoner or his custodian, generally the district of confinement.  United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984); Brown v. United States, 610 F.2d 672, 677 (9th Cir. 1980).

    Thus, this Court lacks jurisdiction over Defendant's petition because he is in custody in the State of Kentucky.  Therefore, the petition is transferred to the Eastern District of Kentucky where Defendant is incarcerated.

## CONCLUSION

    Accordingly, the Clerk shall transfer the petition to the Eastern District of Kentucky.

    IT IS SO ORDERED.

Dated: March 9, 2016

CLAUDIA WILKEN
United States District Judge

2